UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MITCHELL REINHARDT,<br><br>               Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPNY,<br><br>               Defendant. | Case No. CV-10-27 -H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED the final agency decision of the Montana Human Rights Commission is affirmed in its entirety.

      Dated this 22nd day of July, 2019.

                             TYLER P. GILMAN, CLERK

                             By: /s/ Heidi Gauthier
                             Heidi Gauthier, Deputy Clerk